**M. Christie Helmer**, OSB No. 743400
chris.helmer@millernash.com
**John F. Neupert, P.C.**, OSB No. 783168
john.neupert@millernash.com
**Sanja Muranovic**, OSB No. 171774
sanja.muranovic@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204
Telephone: 503.224.5858
Facsimile: 503.224.0155

Attorneys for Defendant DutchTecSource B.V.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MEDURI FARMS, INC., an Oregon corporation, | CV No. 3:17-cv-00906-SI |
| Plaintiff, | DEFENDANT'S CORPORATE DISCLOSURE STATEMENT |
| v. | |
| DUTCHTECSOURCE B.V., | |
| Defendant. | |

In accordance with Federal Rule of Civil Procedure 7.1, defendant Dutch Tecsource B.V. ("DTS") makes the following disclosure:

Page 1 -   Defendant's Corporate Disclosure Statement

4842-3050-9386.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

      DTS is wholly owned by Dutesco Holding B.V., and DTS further states that no publicly-held corporation owns 10% or more of its stock.

DATED: July 21, 2017.

                MILLER NASH GRAHAM & DUNN LLP

                s/ Sanja Muranovic
                M. Christie Helmer, OSB No. 743400
                chris.helmer@millernash.com
                John F. Neupert, P.C., OSB No. 783168
                john.neupert@millernash.com
                Sanja Muranovic, OSB No. 171774
                sanja.muranovic@millernash.com
                Phone: 503.224.5858
                Fax: 503.224.0155

                Attorneys for Defendant Dutch Tecsource B.V.

Page 2 -    Defendant's Corporate Disclosure Statement

4842-3050-9386.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document on:

> Mr. Jeffrey M. Edelson
> Mr. Dallas DeLuca
> MARKOWITZ HERBOLD PC
> Suite 3000 Pacwest Center
> 1211 S.W. Fifth Avenue
> Portland, Oregon  97204
> Fax:  (503) 323-9105
> E-mail:  jeffedelson@markowitzherbold.com
> E-mail:  dallasdeluca@markowitzherbold.com

*Attorneys for Plaintiff*

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☒ **E-mail.**  (Courtesy copy.)

☐ **E-mail.**  As required by Local Rule 5-11, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED:  July 21, 2017.

s/ Sanja Muranovic
Sanja Muranovic, OSB No. 171774

*Attorneys for Defendant*

Page 1 -    Certificate of Service

4842-3050-9386.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204