M. Christie Helmer, OSB No. 743400
chris.helmer@millernash.com
John F. Neupert, P.C., OSB No. 783168
john.neupert@millernash.com
Sanja Muranovic, OSB No. 171774
sanja.muranovic@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

Attorneys for Defendant Dutch TecSource B.V.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MEDURI FARMS, INC., an Oregon corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>DUTCHTECSOURCE BV, a corporation of the Netherlands,<br><br>        Defendant. | Case No. 3:17-cv-00906-SI<br><br>SUPPLEMENTAL DECLARATION OF JUSTIN WAKKER IN SUPPORT OF DEFENDANT'S MOTION TO REFER PARTIES TO ARBITRATION AND STAY PROCEEDINGS |

Page 1 -    Supplemental Declaration of Justin Wakker in Support of Defendant's Motion to Refer
        Parties to Arbitration and Stay Proceedings

4820-0212-1294.3
MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204



I, Justin Wakker, hereby declare as follows:

1.    I am a citizen of the Netherlands and am the person in charge of Dutch TecSource B.V. ("DTS"), the defendant in this action.  I am also the person at DTS who was primarily responsible for negotiating the agreement between DTS and plaintiff Meduri Farms, Inc. ("Meduri") for purchase of the infusion line referenced in this declaration.  I make this supplemental declaration in support of DTS's Motion to Refer Parties to Arbitration and Stay Proceedings ("Motion") and DTS's Reply in support of that Motion.  I am competent to testify to the matters stated herein and either have personal knowledge of the facts set forth below or they are from sources deemed reliable.

2.    The August 24, 2015 price Quotation for two infusion lines (the "August Quotation") was a 33-page long document that spells out all the product details and technicalities of the two infusion lines to be sold to Meduri.  Without it, Meduri would not have known what it was purchasing from DTS.

3.    The September 16, 2015 "Price Overview" that was sent to Meduri was intended to replace the price overview that was contained in the August Quotation.  The price overview in the August Quotation was "Euro 5,810,000,00."  Declaration of Justin Wakker in Support of Defendant's Motion to Refer Parties to Arbitration and Stay Proceedings, Ex. A at 32. ("Wakker Decl") (Dkt. 11).  The September Price Overview simply divided that number in half—"Euro 2,964,000,00."

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of

/

/

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

4820-0212-1294.3

the United States of America that the foregoing is true and corrected.

Executed on this 5th day of September, 2017, in Beusichem, the Netherlands.

Justin Wakker

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

4820-0212-1294.3



# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on:

Mr. Jeffrey M. Edelson
Mr. Dallas DeLuca
MARKOWITZ HERBOLD PC
Suite 3000 Pacwest Center
1211 S.W. Fifth Avenue
Portland, Oregon  97204
Fax:  (503) 323-9105
E-mail:  jeffedelson@markowitzherbold.com
E-mail:  dallasdeluca@markowitzherbold.com

Attorneys for Plaintiff Meduri Farms, Inc.

by the following indicated method or methods on the date set forth below:

☒ **CM/ECF system transmission.**

☐ **E-mail.**  (Courtesy copy.)

☐ **E-mail.**  As required by Local Rule 5-11, any interrogatories, requests for production, or requests for admission were e-mailed in Word or WordPerfect format, not in PDF, unless otherwise agreed to by the parties.

☐ **Facsimile communication device.**

☐ **First-class mail, postage prepaid.**

☐ **Hand-delivery.**

☐ **Overnight courier, delivery prepaid.**

DATED:  September 6, 2017.


*s/ M. Christie Helmer*
M. Christie Helmer, OSB No. 743400
chris.helmer@millernash.com

Of Attorneys for Defendant Dutch TecSource BV

Page 1 -    Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204